IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | |
| vs. | : | Case No. 3:20cr42 |
| JAIME JOSUE ORDAZ , | : | JUDGE WALTER H. RICE |
| Defendant. | : | |

## PRELIMINARY PRETRIAL ORDER; TRIAL DATE AND OTHER DATES SET

| | |
|---|---|
| Date of Scheduling Conference | 4/14/2020 |
| Jury Trial Date | Monday, 6/22/2020 |
| Final Pretrial Conference (by telephone) | Monday, 6/15/2020 at 5:00 pm |
| Motion Filing Deadline | |
|    Oral and Evidentiary Motions | 5/18/2020 |
|    Other Motions | 5/26/2020 |
| Discovery Cut-off | 6/2/2020 |
| Speedy Trial Deadline | 6/23/2020 |
| Discovery out – Plaintiff to Defendant | Monday, 4/20/2020 |

April 15, 2020

*Walter H. Rice*
WALTER H. RICE
UNITED STATES DISTRICT JUDGE