IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

    Case No. 3:20cr42

JAIME JOSUE ORDAZ,

    JUDGE WALTER H. RICE

    Defendant.

---

ENTRY SETTING BRIEFING SCHEDULE ON DEFENDANT'S MOTION TO SUPPRESS TANGIBLE EVIDENCE (DOC. #13)

---

At the conclusion of the oral and evidentiary hearing on Defendant's Motion to Suppress Evidence (Doc. #13), a hearing held on Monday, July 6, 2020, the following briefing schedule was discussed and agreed upon: on the 21st day following the filing of the transcript of the aforesaid hearing, the parties are to submit their initial post-hearing memoranda, to be followed on the 14th day thereafter by any reply memoranda deemed necessary.

*(signature)*

July 15, 2020

WALTER H. RICE
UNITED STATES DISTRICT JUDGE

Copies to:

Counsel of Record